# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ADAM GAU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> POWER LINE CONSULTANTS, LLC <br><br> Defendant. | No. 4:21-cv-3 |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs, by and through their undersigned counsel, and notifies the Court that the parties have reached a settlement that resolves this matter. Plaintiffs respectfully request thirty (30) days, up to and including March 26, 2021 to complete the necessary settlement paperwork, and this matter will thereafter be dismissed.

Respectfully submitted,

**ROSS & VOYTAS, LLC**

/s/ Richard A. Voytas, Jr.
_____

Richard A. Voytas, Jr., #52046
rick@rossvoytas.com
2242 S Brentwood Blvd.
St. Louis, MO 63144
Phone: (314) 394-0605
Fax:    (636) 333-1212

Attorney for Plaintiffs