**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ADAM GAU, *et al.*, | |
| Plaintiffs, | |
| v. | No. 4:21-cv-3 |
| POWER LINE CONSULTANTS, LLC | |
| Defendant. | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW Plaintiffs, by and through their undersigned counsel, and pursuant to Federal Rule 41(a)(1), hereby dismisses the above-captioned case *with prejudice*; each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**ROSS & VOYTAS, LLC**

/s/ Richard A. Voytas, Jr.

Richard A. Voytas, Jr., #52046
rick@rossvoytas.com
2242 S Brentwood Blvd.
St. Louis, MO 63144
Phone: (314) 394-0605
Fax:    (636) 333-1212

Attorney for Plaintiffs

So Ordered

John A. Ross
March 9, 2021